**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BWD PROPERTIES et al., | | |
| Plaintiff, | | 2:06-cv-01499-RCJ-PAL |
| vs. | | **ORDER** |
| BOBBY LEN FRANKLIN et al., | | |
| Defendants. | | |

This case arises from a disagreement over the ownership of eighty acres of land located in Clark County, Nevada. The Court recently granted Plaintiffs' motion to extinguish documents recorded in Clark County by Defendant Franklin asserting ownership of the property in violation of a clear permanent injunction prohibiting such action. The Court also sanctioned Franklin for the violation in the amount of Plaintiffs' attorneys' fees. Now pending before the Court is Defendants' Motion to Set Aside Judgment. (ECF No. 166).

The Motion is denied. Defendants' challenges to the Court's finding in favor of Plaintiffs' ownership have been ruled upon multiple times in this District as well as in the Ninth Circuit. The outcome has not changed. Moreover, the Court does not find there to be any reason to reconsider its previous decision regarding sanctions, and it once more warns Defendants that if any recordings asserting ownership of the property are made in the future, they will be sanctioned further.

1

## CONCLUSION

IT IS HEREBY ORDERED that Defendants' Motion to Set Aside All Void Judgments and Orders that Mistakenly Overlook the Franklin Title and Deeded Rights Re-Recorder with the Clark County Recorder (ECF No. 166) is DENIED with prejudice.

IT IS SO ORDERED.

Dated: June 1, 2015

_____
ROBERT C. JONES
United States District Judge