WILLIAM R. URGA, ESQ.
Nevada Bar No. 1195
CHARLES T. COOK, ESQ.
Nevada Bar No. 1516
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Parkway
Wells Fargo Tower, Sixteenth Floor
Las Vegas, Nevada 89169
Telephone: 702.699.7500
Facsimile: 702.699.7555
E-mail: FedCt@juww.com
E-mail: ctc@juww.com

*Attorneys for Plaintiffs* BWD PROPERTIES 2, LLC, BWD PROPERTIES 3, LLC and BWD PROPERTIES 4, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BWD PROPERTIES 2, LLC, a Nevada Limited Liability Company, BWD PROPERTIES 3, LLC, a Nevada Limited Liability Company, and BWD PROPERTIES 4, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BOBBY LEN FRANKLIN, an individual and dba DAYDREAM LAND & SYSTEMS DEVELOPMENT COMPANY, ROBERT LEE FRANKLIN, an individual, BOBBY DEAN FRANKLIN, an individual, and DONNA SUE OWENS, an individual,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:06-CV-01499-RCJ-(PAL)<br><br>**JUDGMENT AGAINST BOBBY LEN FRANKLIN** |

Plaintiffs BWD Properties 2, LLC, BWD Properties 3, LLC, and BWD Properties 4, LLC (collectively "Plaintiffs"), by motion, requested that this Court issue a judgment against Defendant Bobby Len Franklin ("Franklin"), based on the following.

K:\CLIENT FILES\WRU\BWD Properties 9175\Franklin-Owens 02000\Pleadings\Active\12-10 D Nev 06-CV-01499\DR\15-07-01 Judgment.doc

1   On April 13, 2015, this Court ordered (ECF No. 165) that Franklin be sanctioned in the amount of $5,260.50 for his bad faith and willful violation of the permanent injunction issued in this case.

Plaintiffs made demand on Franklin demanding the sanctions be paid; however, Franklin has failed to pay any portion of the sanctions. On June 17, 2015 Plaintiffs, by motion (ECF No. 172), requested that this Court issue a Judgment for the sanctions awarded against Franklin.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiffs shall have and recover Judgment against Bobby Len Franklin, in the amount of Five Thousand Two Hundred Sixty Dollars and Fifty Cents ($5,260.50), together with interest thereon at the statutory rate from April 13, 2015 until all principal and interest is paid in full, plus costs and reasonable attorney's fees.

DATED this 13th day of July, 2015.

_____
U.S. District Court Judge

JOLLEY URGA WOODBURY & LITTLE

By: _____
William R. Urga, Esq. #1195
Charles T. Cook Esq. #1516
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:  702.699.7500
Facsimile: 702.699.7555
E-mail: FedCt@juww.com
E-mail: ctc@juww.com
Attorneys for Plaintiffs BWD PROPERTIES 2, LLC, BWD PROPERTIES 3, LLC, and BWD PROPERTIES 4, LLC

K:\CLIENT FILES\WRU\BWD Properties 9175\Franklin-Owens 02000\Pleadings\Active\12-10 D Nev 06-CV-01499\DR\15-07-01 Judgment.doc