UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BWD PROPERTIES 2, LLC, a Nevada Limited Liability Company, BWD PROPERTIES 3, LLC, a Nevada Limited Liability Company, and BWD PROPERTIES 4, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BOBBY LEN FRANKLIN, an individual and dba DAYDREAM LAND & SYSTEMS DEVELOPMENT COMPANY, ROBERT LEE FRANKLIN, an individual, BOBBY DEAN FRANKLIN, an individual, and DONNA SUE OWENS, an individual,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:06-cv-01499-RCJ-EJY<br><br>**ORDER** |

Pending before the Court are Pro Se Defendant Bobby Len Franklin's Motion for Permission to File Electronically (ECF No. 177); Motion to Compel Discovery that was Omitted (ECF No. 178); Motion to File the Three Exhibits as Evidence (ECF No. 179); Motion to Compel Attorney Urga to Answer Interrogatories (ECF No. 180); and, Motion for Default (ECF No. 183). However, on July 14, 2015, the Court entered judgment in favor of Plaintiffs and against Defendant Bobby Len Franklin, and this case was closed. ECF No. 176.

Accordingly, Defendant Bobby Len Franklin's Motions ECF Nos. 177, 178, 179, 180, and 183 are each and all DENIED as moot.

Dated this 12th day of October, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1